UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITES STATES OF AMERICA<br><br>     -v-<br><br>HENNISON CURRY,<br>                    Defendant. | No. 14-cr-212 (RJS)<br>No. 20-cv-4939 (RJS)<br><u>ORDER</u> |
| HENNISON CURRY,<br><br>                    Petitioner,<br><br>     -v-<br><br>UNITES STATES OF AMERICA<br><br>                    Respondent. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

Petitioner Hennison Curry has petitioned the Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 (the "Petition"). IT IS HEREBY ORDERED THAT Respondent shall file a notice of appearance by July 13, 2020; Respondent shall file its response to the motion, along with transcripts of any relevant proceedings not already contained in the record, by August 3, 2020; and Petitioner shall file a reply, if any, by August 24, 2020.

The Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued and to serve a copy of this order, the Petition, and any documents filed in support of the Petition by Certified Mail upon the U.S. Attorney's Office for the Southern District of New York.

All further papers filed or submitted for filing must include the criminal and civil docket numbers, and will be docketed in both the civil and the criminal case.

SO ORDERED.

Dated:    June 29, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation